# Order

Michigan Supreme Court
Lansing, Michigan

May 18, 2007

130859
130860

MONIKA MAZUMDER, Personal
Representative of the Estate of
Deepika S. Mazumder, Deceased,
            Plaintiff-Appellee,

v

UNIVERSITY OF MICHIGAN
REGENTS, ROBERT A. KOEPKE,
PH.D., RAJIV TANDON, M.D.,
SATOSHI MINOSHIMA, M.D.,
WASHTENAW COUNTY
COMMUNITY MENTAL HEALTH,
JOSEPH YAROCH, M.D.,
MOONSON R. ELLIOTT ENINSCHE,
B.A., R.S.W., C.S.M., RICHARD
PFOUTZ, M.S.W., C.S.W., MOHAMED
AZIZ, M.D., and STEPHAN F. TAYLOR,
M.D.,
            Defendants,

and

SRINIBAS MAHAPATRA, M.D.,
            Defendant-Appellant.
_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130859, 130860
COA: 261331; 261333
Washtenaw CC: 04-001101-NM

By order of April 4, 2007, the application for leave to appeal the February 23, 2006 judgment of the Court of Appeals was held in abeyance pending the decision in *Mullins v St. Joseph Mercy Hospital* (Docket No. 131879). On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs. The application for leave to appeal in Docket No. 130836 remains pending.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 18, 2007

l0515

_____
Clerk